**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-05-1279-PHX-FJM |
|---|---|
| Plaintiff, | **ORDER FOR CONTINUANCE AND TO QUASH PRIOR WRIT** |
| v. | |
| Sean Ferris, | |
| Defendant. | |

The United States of America, having moved this court for an order continuing the arraignment previously scheduled for February 22, 2006, and to quash the previously issued Writs of January 18, 2006 and February 8, 2006, and good cause appearing,

**IT IS ORDERED** continuing the arraignment in this matter until March 8, 2006, at 10:00 a.m.

**IT IF FURTHER ORDERED** quashing the Writs dated January 18, 2006 and February 8, 2006 in the above captioned matter.

Excludable delay under 18 U.S.C. § 3161(h)(8)(B)(iv) is found to commence on February 22, 2006 for a total of ____13____ days.

DATED this 15th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge